IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL C. DOWNEND, | No. C 05-03524 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| RONALD M. GEORGE, | |
| Defendant.                                        / | |

    On September 19, 2005, plaintiff filed a letter requesting the Court to dismiss this case. Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the Court hereby DISMISSES this case without prejudice.

    **IT IS SO ORDERED.**

Dated: October 5, 2005

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\3524\order to dismiss.wpd